IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DEC 13 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CR NO  3:06CR-300-MEF-WC |
| v. | ) | [8 U.S.C. 1326(a)] |
| | ) | |
| **ISRAEL AZUARA-SANCHEZ** | ) | **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

On or about the 11th day of December, 2006, in Lee County, Alabama, in the Middle District of Alabama, the defendant,

ISRAEL AZUARA-SANCHEZ,

an alien, who had previously been deported from the United States, knowingly and unlawfully entered and was found in the United States in Lee County, Alabama on December 11, 2006, the said defendant having not obtained the consent of the Attorney General or the Secretary for Homeland Security of the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
Todd A. Brown
Assistant United States Attorney