IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 3:06CR300-MEF |
| | ) | |
| ISRAEL AZUARA-SANCHEZ | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for _____ December 27, 2006, _____ in the above-styled cause.

You are DIRECTED to produce the following named prisoner:

**ISRAEL AZUARA-SANCHEZ**

before the United States District Court at _____ One Church Street, Montgomery, AL

in Courtroom 4-B on the 27th Day of _____ December, 2006 _____

at _____ 10:00 a.m. _____

DONE this 14th day of December, 2006.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: *(signature)*
Deputy Clerk