IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06cr300-MEF |
| | ) | |
| ISRAEL AXUARA-SANCHEZ | ) | |

### ORDER

In view of defendant's waiver of the detention hearing, it is

ORDERED that the government's motion for detention hearing (Doc. # 5) is DENIED as moot. It is further ORDERED that no preliminary examination will be conducted due to defendant's indictment by the grand jury.

DONE, this 14th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE