| COURTROOM DEPUTY MINUTES | DATE: **DECEMBER 27, 2006** |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: _10:40 - 10:45_ |

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **3:06CR-300-MEF-CSC**    DEFT. NAME: **ISRAEL AZUARA-SANCHEZ**

USA: ~~SUSAN REDMOND~~ _Andrew Schiff_    ATTY: _Christine Freeman_

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: _____

Defendant ✓ does __ does NOT need an interpreter; NAME: **BEVERLY CHILDRESS**

---

- ☐ Kars.  Date of Arrest _____ or  ☐ Rule 5 Arrest
- ✓ kia.  Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.  Financial Affidavit executed  ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted  **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐  Deft. Advises he will retain counsel. Has retained _____
- ☐  Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐  Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG** ☐ held; ☐ Set for _____; ☐ **Prelim. Hrg** Set for _____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.  ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR).
- ☐  **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.  Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.  Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.  Waiver of Preliminary hearing;
- ☐  Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr.  ARRAIGNMENT SET FOR: _____ ✓ **HELD**. Plea of **NOT GUILTY** entered.
  - ✓ Trial Term _2/5/07_ ☐ PRETRIAL CONFERENCE DATE: _____
  - ✓ DISCOVERY DISCLOSURES DATE: _12/27/06_