| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: JANUARY 12, 2007 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:32 - 1:33 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY   **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 3:06CR-300-MEF-CSC   **DEFENDANT NAME:** ISRAEL AZUARA-SANCHEZ

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. TODD BROWN | ATTY. CHRISTINE FREEMAN |

√ **DISCOVERY STATUS:** Complete.

√ **PENDING MOTION STATUS:** none

☑ **PLEA STATUS:** possible plea

☑ **TRIAL STATUS:** 1 day to try case, if goes to trial

☐ **REMARKS:**