IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA    )
    )
vs.    )    CR. NO. 3:06CR-300-MEF
    )
ISRAEL AZUARA-SANCHEZ    )

**ORDER**

Pursuant to the  defendant's *Notice of Intent to Change Plea* (Doc. #18) filed on January 22, 2007, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **January 26, 2007**, at **10:00 a.m.,**  in **courtroom 5-B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter and an interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done, this 24th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE