IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:06-CR-300-MEF** |
| | ) | |
| **ISRAEL AZUARA-SANCHEZ** | ) | |

### UNOPPOSED MOTION FOR EXPEDITED SENTENCING

**COMES NOW** the Defendant, **ISRAEL AZUARA-SANCHEZ** by undersigned counsel, and respectfully movers this court to expedite his sentencing hearing, which is now set for April 2007.

In support of this Motion, the Defendant would show:

1. The Presentence Report has been completed and distributed, and recommends a Guidelines sentencing range of 1 to 7 months. Mr. Azuara-Sanchez has been in custody longer than one month and so could receive a "time served" sentence.

2. The Plea Agreement, which was entered pursuant to F.R.Cr.P. 11(c)(1)(C), recommends a sentence of unsupervised probation. While the draft presentence report's recommended Guidelines sentence is in the Zone B range, which would ordinarily require supervision and electronic monitoring, Mr. Azuara-Sanchez will accept a modification of the plea agreement to a time served sentence.

3. The defendant does not anticipate any disputed issues at sentencing.

4. The office of the prosecuting attorney has authorized undersigned counsel to state that the Government does not oppose this motion.

5. As stated in the presentence report, the Immigration Custom Enforcement Agency has placed an immigration detainer on the defendant. Therefore, it is likely that he will be taken into ICE custody for deportation proceedings as soon as the final sentence is imposed and served.

WHEREFORE, Defendant prays that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for **ISRAEL AZUARA-SANCHEZ**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd A. Brown, Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for **ISRAEL AZUARA-SANCHEZ**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104