IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-300-MEF |
| | ) | |
| ISRAEL AZUARA-SANCHEZ | ) | |

## **O R D E R**

Upon consideration of Defendant's Unopposed Motion for Expedited Sentencing (Doc. #24) filed on March 8, 2007, it is hereby

ORDERED that the motion is DENIED. The sentencing hearing in this case is set for April 6, 2007.

DONE this the 30th day of March, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE